STATE OF NEW JERSEY v. CHRISTOPHER DeLOUISE.

July 14, 1981.

Petition for certification denied.

RONALD I. LeVINE v. VALERIE PENNIE TAYLOR.

July 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNESTO TORRES.

July 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE RACIOPPI.

July 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ASA R. KING.

July 14, 1981.

Petition for certification denied.